# United States Court of Appeals
### For the Eighth Circuit

_____

No. 14-3815
_____

Samuel E. Haley, Jr.

*Plaintiff - Appellant*

v.

Anthony Haynes et al.

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Helena

_____

Submitted: May 7, 2015
Filed: May 13, 2015
[Unpublished]

_____

Before WOLLMAN, LOKEN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Federal parolee Samuel Haley appeals the district court's[1] dismissal of his 28 U.S.C. § 2241 petition in which he challenged the calculation of his sentence, alleged violations of the Interstate Agreement on Detainers Act, and raised a double jeopardy claim. Following careful review of the record and the parties' briefs, we affirm for the reasons stated in the district court's order. See 8th Cir. R. 47B.

_____

[1]The Honorable Kristine G. Baker, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerome T. Kearney, United States Magistrate Judge for the Eastern District of Arkansas.